Date of Arrest: **10/18**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Edwin Alexis CONTRERAS-Polio<br>AKA: Contreras-polio Alexis EDWIN<br>087992571<br>YOB: 1993<br>Citizen of: El Salvador<br>Defendant | Magistrate Case No. **20-1418 MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 18, 2020, Defendant Edwin Alexis CONTRERAS-Polio, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to El Salvador through the port of Phoenix, Arizona on or about March 13, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA Louie Uhl*
*JWL for LCU*

Signature of Complainant

Noe Hernandez
Border Patrol Agent

Sworn to before me and subscribed telephonically,

| | | |
|---|---|---|
| October 19, 2020 | at | Yuma, Arizona |
| Date | | City and State |

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Edwin Alexis CONTRERAS-Polio
AKA: Contreras-polio Alexis EDWIN
087992571

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 18, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of El Salvador, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Houston, Texas on or about May 21, 2012. The Defendant has been removed on six previous occasions. The Defendant was most recently removed on or about March 13, 2019 through the port of Phoenix, Arizona.

Agents determined that on or about October 14, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Luis Mercado-Rodriguez, Lukas Bergqvist, and Elma Rascon.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Kyle Whitted.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____October 19, 2020_____
Date

_____
Signature of Judicial Officer

- 2 -